FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 14  AM 11: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH DAGGETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5625** |
| **MARLIN GUSMAN, ET AL** | **SECTION "N"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection to the Magistrate Judges' Partial Report and Recommendation and the Supplemental Report and Recommendation, hereby approves the Partial Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judges and adopts them as its opinions in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Keith Daggett's Title 42 U.S.C. § 1983 claims against the defendants, Marlin Gusman, C. Ray Nagin, Richard Stalder, Kathleen Blanco, Eddie Compass, Warren Riley, Eddie Jordan, Charles Foti, James LeBlanc, Jim Rogers, and Robert Henderson, the unidentified correctional officers from C. Paul Phelps Correctional Center, Kauney Beckham, C. Jones, and Deputy Wilson, each in their official capacity, are **DISMISSED WITHOUT PREJUDICE**.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

**IT IS FURTHER ORDERED** that Daggett's § 1983 claims against the defendants Marlin Gusman, C. Ray Nagin, Richard Stalder, Kathleen Blanco, Eddie Compass, Warren Riley, Eddie Jordan, Charles Foti, James LeBlanc, Jim Rogers, and Robert Henderson, each in their individual capacity, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Daggett's § 1983 claims against the unidentified correctional officers at the C. Paul Phelps Correctional Center are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Daggett's § 1983 claims for false arrest and excessive force during arrest claims against Kauney Beckham, C. Jones, and Deputy Wilson, in their individual capacities, shall **PROCEED FORWARD** and remain referred to the Magistrate Judge pursuant to L.R. 73.2E.

**IT IS FURTHER ORDERED** that Daggett's **Second Amended and Superseding Complaint (Rec. Doc. No. 12)** is hereby **STRICKEN** from the record as improperly filed in derogation of the requirements of Fed. R. Civ. P. 15 and L.R. 7.6E and the defendants are relieved of their obligations under the summons issued thereupon.

New Orleans, Louisiana, this _14th_ day of _June_, 2007.

_____
UNITED STATES DISTRICT JUDGE

2