FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 17  AM 7: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH DAGGETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5625** |
| **MARLIN GUSMAN, ET AL** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the *Partial Report and Recommendation* of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Keith Daggett's claims of false arrest and excessive force during arrest against the defendants, Launey Bickham and C. Jones, in their individual capacities, are **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b). The matter shall proceed forward as to the false arrest and excessive force claims urged by Daggett against the sole remaining defendant, Deputy Wilson, in his individual capacity.

New Orleans, Louisiana, this 15th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____